[Civ. No. 1944.  First Appellate District.—September 12, 1916.]

# MARIA MACHADO, Respondent, v. FRANK R. MACHADO, Appellant.

MANDATE—EXECUTION ON ALIMONY ORDER—REVOCATION OF.—An order commanding the clerk of the superior court to issue a writ of execution to enforce an order for the payment of alimony *pendente lite* in an action of divorce, will be reversed on appeal, where it is made to appear that the order granting the alimony had been revoked before the making of the order appealed from.

APPEAL from an order of the Superior Court of Santa Clara County made after judgment directing the clerk to issue execution. J. R. Welch, Judge.

The facts are stated in the opinion of the court.

A. M. Free, C. L. Witten, R. V. Burns, and F. H. Bloomingdale, for Appellant.

Joseph Rafael, for Respondent.

THE COURT.—Upon the petition of the plaintiff the court below granted a writ of mandate addressed to the clerk of the court, commanding him to issue a writ of execution to enforce an order for the payment of alimony *pendente lite*. It appears, however, that before the issuance of the writ of mandate the order granting alimony had been revoked, and that the petitioner was not entitled to the amounts for the enforcement of payment of which the execution was issued. Under these circumstances there is nothing for this court to do but to reverse the order appealed from, and that will be the judgment of the court.